No. 10–7009. Davis v. Texas. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 10–7011. Davis v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 10–7016. Scott v. United States District Court for the Central District of California et al. C. A. 9th Cir. Certiorari denied.

No. 10–7017. Ramos v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–7020. Dodson v. Virginia. C. A. 4th Cir. Certiorari denied.

No. 10–7027. McCracken v. Brookhaven Science Associates LLC et al. C. A. 2d Cir. Certiorari denied.

No. 10–7030. Torrefranca v. Ryan, Director, Arizona Department of Corrections, et al. C. A. 9th Cir. Certiorari denied.

No. 10–7037. Odom v. Ryan et al. C. A. 4th Cir. Certiorari denied.

No. 10–7041. Trevino v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 10–7042. Tauro v. Baer et al. C. A. 3d Cir. Certiorari denied.

No. 10–7048. Moore v. Johnson, Director, Virginia Department of Corrections. C. A. 4th Cir. Certiorari denied.

No. 10–7077. Edwards v. South Dakota. Sup. Ct. S. D. Certiorari denied.

No. 10–7078. Case v. United States et al. C. A. 2d Cir. Certiorari denied.

No. 10–7079. Miller v. Wenerowicz, Superintendent, State Correctional Institution at Frackville, et al. C. A. 3d Cir. Certiorari denied.